1 | JEFFER MANGELS BUTLER & MITCHELL LLP
MICHAEL J. HASSEN (Bar No. 124823), mjh@jmbm.com
2 | GABRIEL Z. REYNOSO (Bar No. 234027), gzr@jmbm.com
Two Embarcadero Center, Fifth Floor
3 | San Francisco, California 94111-3813
Telephone:    (415) 398-8080
4 | Facsimile:    (415) 398-5584

5 | Attorneys for Defendant FEDERAL DEPOSIT INSURANCE
CORPORATION, as RECEIVER for INDYMAC FEDERAL
6 | BANK, FSB, sued herein as INDYMAC BANK

7

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10 | SACRAMENTO DIVISION

| | |
|---|---|
| JULIE RATHBONE and PETER SCHWARTZ, | CASE NO.   2:11-cv-01177-JAM-DAD |
| Plaintiffs, | **JUDGMENT** |
| v. | **CTRM:** **6** <br> **JUDGE:** **HON. JOHN A. MENDEZ** |
| INDYMAC BANK; DEUTSCHE BANK NATIONAL TRUST COMPANY; and DOES 1-20 inclusive, | |
| Defendants. | |

   WHEREAS, on February 3, 2011, Plaintiffs Julie Rathbone and Peter Schwartz ("Plaintiffs") filed their Complaint with Placer County Superior Court as Case No. SCV0028654 (the "2011 State Court Action"); and

   WHEREAS, on May 2, 2011, Defendant Federal Deposit Insurance Corporation, as Receiver for IndyMac Federal Bank, FSB, sued herein as IndyMac Bank ("Defendant FDIC as Receiver"), removed the 2011 State Court Action from Placer County Superior Court to the United States District Court for the Eastern District of California as Case No. 2:11-cv-01177-KJM-EFD (the "2011 Federal Court Action"); and

   WHEREAS, on May 18, 2011, Plaintiffs filed their Notice of Voluntary Dismissal, With Prejudice, Of All Claims Against Defendant FDIC as Receiver for IndyMac Federal Bank, FSB,

Only (the "Notice of Voluntary Dismissal with Prejudice"); and

      IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

      Defendant FDIC as Receiver is entitled to judgment in its favor and Plaintiffs shall take nothing by way of their Complaint as to Defendant FDIC as Receiver.

      IT IS SO ORDERED.

Dated: June 10, 2011

                           /s/ John A. Mendez
                           HON. JOHN A. MENDEZ
                           UNITED STATES DISTRICT COURT JUDGE

PRINTED ON RECYCLED PAPER

1158216v3

PDF created with pdfFactory trial version www.pdffactory.com

- 2 -   JUDGMENT